UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GEORGE MICHAEL ACUNA, | ) CV 12-00306-GAF (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| THE PEOPLE OF THE STATE OF CA et al., | ) |
| Respondents. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: __July 10, 2012___

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE